1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 99 CENTS ONLY STORES, LLC, a California limited liability company,<br><br>               Plaintiff,<br><br>      vs.<br><br>GRAVITY INVESTMENTS CORP. d/b/a "99 CENTS OUTLET," a California corporation, YK PROPERTIES, INC. d/b/a "99 CENT OUTLET," a California corporation, TY YIK, an individual, VANN YIK, an individual, and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:14-cv-7787 JAK (Ex)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE PURSUANT TO FED. R. CIV. PROC. 41(a)**<br><br>**JS-6**<br><br>Judge:  Hon. John A. Kronstadt |

ORDER DISMISSING CASE
2:14-cv-7787

1    The Parties have advised the Court that they have jointly agreed to settle this
2  matter on terms included in their Joint Stipulation for dismissal.  Pursuant to the
3  Joint Stipulation of the Parties, the Court hereby **ORDERS** the following:
4    1.    This case is dismissed pursuant to the terms of the parties' agreement.
5    2.    The Court expressly maintain jurisdiction for the purposes of enforcing
6  the settlement.

8    **IT IS SO ORDERED.**

10  DATED: April 21, 2015                    _____
11                                           The Hon. John A. Kronstadt
                                             U.S. District Court Judge

ORDER DISMISSING CASE
2:14-CV-7787

-2-